| D/KS Prob. 22 (Rev 11/11) | | DOCKET NUMBER *(Trans. Court)* PACTS# 23365 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 6:07CR10178 - 001 |
| | | DOCKET NUMBER *(Rec. Court)* 3:13-00349-01 |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Brett D Rogers | District of Kansas | Wichita |
| | NAME OF SENTENCING JUDGE | |
| 136 Riverwood Drive | Honorable J Thomas Marten | |
| Franklin, TN 37069 | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 10/29/2012    TO 04/29/2014 |

OFFENSE:

Transporting For Prostitution in violation of 18 U.S.C. § 2421, Class C Felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the Middle District of Tennessee upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| June 18, 2013 | s/ J. Thomas Marten |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted at the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| 12-9-13 | [signature] |
|---|---|
| Effective Date | United States District Judge |